IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY DON WHITED,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | 4:12CV3158<br><br><br>ORDER |

　　　IT IS ORDERED that plaintiff's motion to proceed in forma pauperis (filing 2) is granted and, accordingly, that plaintiff shall be allowed to proceed without payment of the filing fee.

　　　Dated this 2nd day of August, 2012.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*signature*
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge